#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JOHN TILLINGHAST** | ) | CASE NO.: |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | |
| **WALMART, INC., WAL-MART STORES** | ) | |
| **EAST, LIMITED PARTNERSHIP AND** | ) | |
| **PUTNAM ACQUISITION LIMITED** | ) | |
| **PARTNERSHIP** | ) | |
| **Defendants.** | ) | |
| | ) | APRIL 13, 2022 |

### PETITION FOR REMOVAL

NOW COMES Defendants Walmart, Inc. and Wal-Mart Stores East, LP (hereinafter, collectively, "Petitioners"), by and through their undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and respectfully petition this Honorable Court as follows:

1. Petitioners are Defendants in a civil action bearing Docket No. WWM-CV22-6023994-S pending in the Superior Court of the State of Connecticut, Judicial District of Windham at Putnam (hereinafter, the "State Court Action"). The Return Date in the State Court Action is April 19, 2022. A copy of the Summons and Complaint in the State Court Action is attached hereto as **Exhibit A**.

2. The Complaint in this action asserts claims of negligence. In the Complaint, Plaintiff John Tillinghast alleges that he was caused to slip and fall on an accumulation of water on the floor in the entranceway of the Walmart store located at 625 School Street, Putnam, Connecticut on April 30, 2020. Ex. A, Compl. First Count ¶¶ 6-7. As a result of this incident, Plaintiff claims to have suffered various serious and permanent personal injuries and losses. *Id.* at ¶¶ 11-15.

3.       The permanent injuries and losses claimed by Plaintiff include, but are not limited to, a right wrist pain; pain and contusion of sacrum and coccyx; low back pain and pain of the sacrococcygeal spine; closed fracture of right distal radius; head pain and severe headache; left elbow pain; severe emotional and physical pain and suffering; and shock and stress to his entire nervous system. *Id.* at ¶ 11.  Plaintiff is also claiming past and future medical expenses, lost wages, loss of earning capacity, and inability to engage in his usual activities of daily living. *Id.* at ¶¶ 13-15.

4.       This action is being removed to the District Court pursuant to 28 U.S.C. §§ 1441(a) and 1332.  In support of this Petition for Removal, Petitioners respectfully state and represent to the Court as follows:

   a.    By Complaint dated February 28, 2022, Plaintiff filed suit against Petitioners and Defendant Putnam Acquisition Limited Partnership.  Service was accomplished upon Walmart, Inc. and Wal-Mart Stores East, LP on March 14, 2022 through Petitioners' registered agents for service of process.  Upon information and belief, service was accomplished upon Putnam Acquisition Limited Partnership on March 14, 2022 through its registered agent for service of process. *See* Return of Service, attached hereto as **Exhibit B**.  The Complaint seeks venue in the Superior Court of the State of Connecticut, Judicial District of Windham at Putnam. *See* Ex. A.

   b.    Upon information and belief, Plaintiff is a citizen of the State of Rhode Island and his permanent residence/domicile is in Chepachet, Rhode Island. *See* Ex. A, Summons.

   c.    **Walmart, Inc.** is a corporation duly licensed and registered under the laws of the State of Delaware, with its principal place of business in Bentonville, Arkansas.

Thus, for purposes of diversity jurisdiction, Walmart Inc. is a citizen of the States of Delaware and Arkansas.

d. **Wal-Mart Stores East, LP** is a limited partnership duly licensed and registered under the laws of the State of Delaware. The general partner of Wal-Mart Stores East, LP is WSE Management, LLC and the limited partner is WSE Investment, LLC. WSE Management, LLC and WSE Investment, LLC are limited liability companies duly licensed and registered under the laws of the State of Delaware. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC. Wal-Mart Stores East, LLC is a limited liability company duly licensed and registered under the laws of the State of Arkansas. The sole member of Wal-Mart Stores East, LLC is Walmart Inc. Walmart Inc. is a corporation duly licensed and registered under the laws of the State of Delaware, with its principal place of business in Bentonville, Arkansas. Thus, for purposes of diversity jurisdiction, Wal-Mart Stores East, LP is a citizen of the States of Delaware and Arkansas.

e. Upon information and belief, **Putnam Acquisition Limited Partnership** is a limited partnership organized and existing under the laws of the State of Delaware, with its principal place of business in Chestnut Hill, Massachusetts. Upon information and belief, Putnam Acquisition Limited Partnership is a wholly owned subsidiary of W/S Development Associates LLC. Upon information and belief, W/S Development Associates LLC is a limited liability company organized and existing under the laws of the Commonwealth of Massachusetts, with its principal place of business in Chestnut Hill, Massachusetts. Upon information and belief, all members of W/S Development Associates LLC are citizens and domiciliaries of the Commonwealth of Massachusetts. Thus, for

purposes of diversity jurisdiction, Putnam Acquisition Limited Partnership is a citizen of the States of Delaware and Massachusetts.

5.  In the Complaint, Plaintiff alleges that as a result of the subject incident, he suffered multiple physical injuries and monetary losses, which are serious and permanent in nature, including those injuries described in detail above. He further asserts a claim for past and future medical expenses, permanent disability, lost wages, loss of earning capacity, and emotional distress. Ex. A, Compl. First Count ¶¶ 11-15. Thus, the amount in controversy exceeds $75,000, exclusive of interest and costs.

6.  This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between Plaintiff and Petitioners and Defendant Putnam Acquisition Limited Partnership as outlined above and because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

7.  Venue is proper pursuant to 28 U.S.C. §1391(a) and (b), because the events giving rise to Plaintiff's claim occurred within the State of Connecticut and Petitioners are subject to personal jurisdiction in Connecticut.

8.  As required by 28 U.S.C. §1446(b)(2), all Defendants who have been properly joined and served consent to the removal of this action.

9.  Pursuant to 28 U.S.C. §1446(d), Petitioners have on this date notified the Superior Court of the State of Connecticut of the filing of this Petition. A copy of the Notice of Filing Petition for Removal to Federal Court filed with the Superior Court is attached hereto as **Exhibit B**.

**WHEREFORE,** based upon the foregoing, Petitioners respectfully request that the State Court Action be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of the State of Connecticut, Judicial District of Windham at Putnam be discontinued.

        Respectfully submitted,

        DEFENDANTS,
        WALMART, INC. AND
        WAL-MART STORES EAST, LP

 By: /s/ *Tara A. Sheldon*
        Tara A. Sheldon, Esq.(ct29898)
        Freeman Mathis & Gary, LLP
        185 Asylum Street, 6th
        Floor Hartford, CT 06103
        Phone: 959-202-5256
        Email: tara.sheldon@fmglaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 13, 2022 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Jayme E. Stamper, Esq.
Law Office of Weiss & Stamper, LLC
133 School Street
Danielson, CT 06239
Email: general@weisslawllc.com
*Counsel for Plaintiff*

Putnam Acquisition Limited Partnership
33 Boylston St., Suite 3000
Chestnut Hill, MA 02467

Agent for Service
C T Corporation System
67 Burnside Avenue
East Hartford, CT 06108-3408
*Non-Appearing Defendant Putnam Acquisition Limited Partnership*

                                        /s/ *Tara A. Sheldon*
                                          Tara A. Sheldon, Esq. (ct29898)